UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS PARKER

VERSUS

PNK (LAKE CHARLES) LLC, ET AL.

CIVIL ACTION

NO. 17-357-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 12, 2017 (R. Doc. 24) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, FSSC's Motion to Transfer Venue (R. Doc. 15) and PNK's Motion to Transfer Venue (R. Doc. 17) are GRANTED, and the action is TRANSFERRED to the U.S. District Court for the Western District of Louisiana.

Signed in Baton Rouge, Louisiana, on November 3, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**